[No. 20766-8-III.   Division Three.   July 3, 2003.]

M&M HARRISON ELECTRIC COMPANY, *Respondent*, v. THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 00-2-00128-1, David Frazier, J., entered December 12, 2001. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 20922-9-III.   Division Three.   July 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. VIET HOANG LE, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 01-1-00051-3, David Frazier, J., entered February 8, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 21300-5-III.   Division Three.   July 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL LEWIS DEARMENT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00666-4, Paul A. Bastine, J., entered June 26, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kurtz, JJ.